Hastings v. Mayberry.

---

HASTINGS, PLAINTIFF IN ERROR, v. MAYBERRY.

Where error is brought upon a judgment by *confession*, and judgment is affirmed, single costs only are recoverable.

In this case the court held that when a writ of error is brought upon a judgment by confession, and such judgment is affirmed, single costs only can be taxed; double costs are allowed only after verdict.

NOTE—See *Stat.* 13 *Car. II., cap.* 2, § 10; *Hullock's Law of Costs* 280; *Sayer's L. of C.* 204; 1 *Richardson's C. P.* 250; 2 *Sellon's Pr.* 444; 211 *Bl.* 286.